FILED
CLERK, U.S DISTRICT COURT

DEC 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY D. Harold DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON,<br><br>             Petitioner,<br><br>     vs.<br><br>K. PROSPER, Warden,<br><br>             Respondent. | Case No. CV 07-2516-DOC (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

     IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this Final Report and Recommendation; and (2) directing that Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: *December 23, 2008*     */s/ David O. Carter*
HONORABLE DAVID O. CARTER
United States District Judge

Prepared by:

*/s/*
HONORABLE OSWALD PARADA
United States Magistrate Judge